PHILLIP A. TALBERT
United States Attorney
COLLEEN M. KENNEDY
Assistant United States Attorney
Office of the United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2826
Facsimile: (916) 554-2900

Attorneys for the United States

ROB BONTA, SBN 202668
Attorney General of California
FREDERICK W. ACKER, SBN 208109
Supervising Deputy Attorney General
DAN NOEL, SBN 339078
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 229-0115
Fax: (415) 703-5480
E-mail: Dan.Noel@doj.ca.gov

Attorneys for the People of the State of California

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, *ex rel.*, DENNIS KOGOD,<br><br>Plaintiffs,<br><br>v.<br><br>Z&S MANAGEMENT CORP. DBA 360 BEHAVIORAL HEALTH; CALIFORNIA PSYCHARE, INC.; LEILI ZARBAKHSH; and DW HEALTHCARE PARTNERS,<br><br>Defendants. | CASE NO.  2:19-cv-0405-KJM-AC<br><br>ORDER RE: THE NOTICE OF ELECTION TO DECLINE INTERVENTION BY THE UNITED STATES AND THE STATE OF CALIFORNIA |

The United States and the State of California ("California") having notified the Court of their decision not to intervene in this action pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the California False Claims Act, Cal. Gov't Code § 12652(c)(6)(B), and the California Insurance Frauds Prevention Act, Cal. Ins. Code § 1871.7(e)(4), the Court hereby orders as follows:

(1) The relator's Complaint, the Notice of Declination, and this Order shall be unsealed. All other papers on file in this action shall remain under seal and not be made public or served upon the defendants.

(2) The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

(3) The parties shall serve all pleadings and motions (including supporting memoranda), orders, and notices of appeal filed in this action upon the United States and California, as provided for in 31 U.S.C. § 3730(c)(3), Cal. Gov't Code § 12652(f)(1), and Cal. Ins. Code § 1871.7(f)(3). The United States and California may order any deposition transcripts and are entitled to intervene in this action, upon a proper showing, at any time.

(4) Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States and California with notice and an opportunity to be heard before ruling or granting its approval, in accordance with 31 U.S.C. § 3730(b)(1), Cal. Gov't Code § 12652(c)(1), and Cal. Ins. Code § 1871.7(e)(1).

IT IS SO ORDERED.

DATED: March 30, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE