PHILLIP A. TALBERT
United States Attorney
COLLEEN M. KENNEDY
Assistant United States Attorney
Office of the United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2826
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.*, DENNIS KOGOD, <br><br> Plaintiffs, <br><br> v. <br><br> Z&S MANAGEMENT CORP. DBA 360 BEHAVIORAL HEALTH; CALIFORNIA PSYCHARE, INC.; LEILI ZARBAKHSH; and DW HEALTHCARE PARTNERS, <br><br> Defendants. | CASE NO. 2:19-cv-0405-DJC-AC <br><br> ORDER RE CONSENT TO DISMISSAL BY THE UNITED STATES |

Relator Dennis Kogod having filed a Notice of Voluntary Dismissal, without prejudice, and the United States of America having filed a Notice of Consent to Dismissal pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

**IT IS ORDERED** that the Defendants are dismissed without prejudice as to relator Dennis Kogod and the United States.

Dated: April 20, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE