1 ROB BONTA, SBN 202668
Attorney General of California
2 FREDERICK W. ACKER, SBN 208109
Supervising Deputy Attorney General
3 DAN NOEL, SBN 339078
Deputy Attorney General
4 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
5 Telephone: (415) 229-0115
Fax: (415) 703-5480
6 E-mail: Dan.Noel@doj.ca.gov

7 Attorneys for the People of the State of California

8 **California Department of Insurance**
SARA DANIELSON, SBN 290416
9 Attorney
California Department of Insurance
10 300 Capitol Mall, 17th Floor
Sacramento, CA 95814
11 Telephone: (916) 492-3428
Email: Sara.Danielson@insurance.ca.gov

12

13 Attorneys for the State of California,
by and through California Insurance Commissioner,
Ricardo Lara

14                    IN THE UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

| 17 UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.*, | CASE NO. 2:19-cv-0405-KJM-AC |
|---|---|
| 18 DENNIS KOGOD, | |
| 19                    Plaintiffs, | THE PEOPLE OF THE STATE OF CALIFORNIA AND THE STATE OF CALIFORNIA'S CONSENT TO VOLUNTARY DISMISSAL |
| 20         v. | |
| 21 Z&S MANAGEMENT CORP. DBA 360 BEHAVIORAL HEALTH; CALIFORNIA | |
| 22 PSYCHARE, INC.; LEILI ZARBAKHSH; and DW HEALTHCARE PARTNERS, | |
| 23 | |
| 24         Defendants. | |

25

26

27

28

On or about April 20, 2023, Relator DENNIS KOGOD filed a Notice of Voluntary Dismissal of this action. Pursuant to the California False Claims Act, California Government Code section 12652(c)(1), and the California Insurance Frauds Prevention Act, California Insurance Code section 1871.7(e)(1), the People of the State of California and the State of California hereby notify the Court that the California Attorney General and California Insurance Commissioner consent to the dismissal of this action without prejudice to the rights of the People of the State of California and the State of California, based on their determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources.

Dated: April 21, 2023

ROB BONTA
Attorney General of California
FREDERICK W. ACKER
Supervising Deputy Attorney General

By: _/s/ Dan Noel_____
Dan Noel
Deputy Attorney General

Attorneys for the People of the State of California

Dated: April 21, 2023

CALIFORNIA DEPARTMENT OF INSURANCE

By: _/s/ Sara Danielson_____
Sara Danielson
Attorney

Attorneys for the State of California, by and through Insurance Commissioner Ricardo Lara

California's Consent to Voluntary Dismissal

# CERTIFICATE OF SERVICE

Case Name: **_Kogod v. Z&S Management_** No. **2:19-cv-0405 KJM AC**
**_Corp., et al._**

I hereby certify that on <u>April 21, 2023,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **THE PEOPLE OF THE STATE OF CALIFORNIA AND THE STATE OF CALIFORNIA'S CONSENT TO VOLUNTARY DISMISSAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 21, 2023,</u> at San Francisco, California.

_____      _____
G. Guardado                         Signature
Declarant

SF2019101015
43667527.docx